UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MICHAEL BAKER,<br><br>Defendant. | 4:23-CR-40046-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On February 26, 2024, defendant, Jeffrey Michael Baker, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea to Count 1 of the Indictment. Count I of the Indictment charges Baker with Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1). Both parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 38) is adopted. The defendant is adjudged guilty of Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on May 24, 2024, at 10:00 a.m. in Sioux Falls Courtroom 2.

Dated February 26, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE